UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61413-CIV-ZLOCH

RICHARD J. RUMPF,

    Plaintiff,

vs.                                       **O R D E R**

COASTAL TOWING AND SALVAGE,
INC., and TIMOTHY MORGAN,

    Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff Richard J. Rumpf's Motion To Compel (DE 20) and Defendants' Motion For Summary Judgment (DE 23). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

I.

Plaintiff filed his instant Motion (DE 20) seeking to compel answers to his First Set of Interrogatories and First Request for Production propounded on Defendants on or about December 31, 2008. In their Response (DE 22), Defendants argue that Plaintiff may not obtain discovery before conferring as required by Federal Rule of Civil Procedure 26(f), and that Plaintiff has failed to so confer. See Fed. R. Civ. P. 26(d)(1); S.D. Fla. L.R. 26.1.F.1.

By prior Order (DE 8), the Court directed the Parties to meet "for the purposes prescribed in Federal Rule of Civil Procedure 26(f)" and to submit a Joint Scheduling Report. DE 8, ¶ 1. The Court notes that the Parties submitted their Joint Conference

Report (DE 13), signed by Counsel for both sides.  Thus, the Parties have conferred as required by Rule 26(f).  Defendants' have raised no objection to the discovery requests and invoked no privilege; their opposition to Plaintiff's instant Motion (DE 20) is without merit.

II.

By prior Order (DE 14), Pre-trial Conference in the above-styled cause was set for April 24, 2009.  In said Order, the Court set the deadline for filing motions for summary judgment at sixty (60) days before Pre-trial Conference.  Id.  Thus, the period to file such a motion ended on February 23, 2008.  Despite this deadline, Defendants filed their instant Motion (DE 23) on March 23, 2009.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Richard J. Rumpf's Motion To Compel (DE 20) be and the same is hereby **GRANTED**;

2. By noon on Wednesday, April 8, 2009, Defendants shall produce full and complete documentation in their custody or control responsive to Plaintiff's First Request For Production, which was propounded on or about December 31, 2008;

3. By noon on Wednesday, April 8, 2009, Defendants shall provide full and complete answers in response to Plaintiffs' First Set Of Interrogatories, which was propounded on or about December

31, 2008;

3. By <u>noon</u> on <u>Wednesday, April 8, 2009</u>, Plaintiff shall file with the Clerk of this Court a Memorandum together with supporting Affidavits and Exhibits consistent with Local Rule 7.3.B of the United States District Court for the Southern District of Florida establishing the costs and fees incurred in the preparation and execution of the instant Motion (DE 20);

4. By <u>noon</u> on <u>Wednesday, April 8, 2009</u>, Defendants shall file with the Clerk of this Court a Memorandum establishing good cause for necessitating the filing of Plaintiff's instant Motion (DE 20); and

5. Defendants' Motion For Summary Judgment (DE 23) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of March, 2009.

                                                                   /s/ William J. Z.
                                                                   WILLIAM J. ZLOCH
                                                                   United States District Judge

Copies furnished:

All Counsel of Record